IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOANN PAIGE                                                                                           PLAINTIFF

V.                                                                                  CAUSE NO. 3:14-cv-142-CWR-FKB

OFFICE OF DISABILITY ADJUDICATION                                            DEFENDANT
AND REVIEW MCCOY FEDERAL
BUILDING

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball, which was signed and entered on May 4, 2015. Docket No. 14. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party,[1] hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the plaintiff's claims are dismissed without prejudice for failure to prosecute and failure to properly serve process. FED R. CIV. P. 4; FED. R. CIV. P. 41(b).

**SO ORDERED**, this the 19th day of June, 2015.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the pro se Plaintiff may not have received the Report and Recommendation as there is entry in the docket indicating that the mail was returned as undeliverable. The ruling was sent to the address maintained on the Court's docket which was provided by Plaintiff. As a pro se plaintiff, he is responsible for keeping the Court apprised of any change in address.